IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-4102-DEO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| THREE THOUSAND THREE HUNDRED THIRTY-TWO DOLLARS ($3332.00) IN UNITED STATES CURRENCY, | ) ) ) ) | IN A CIVIL CASE |
| | ) | |
| Defendants. | ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED

Judgment is entered in accordance with the attached Decree of Forfeiture.

Dated: 5-07-07

PRIDGEN J. WATKINS
Clerk

_____
(By) Deputy Clerk

APPROVED BY:

_____
DONALD E. O'BRIEN
**Senior Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. C 06-4102 |
| vs. | ) |
| THREE THOUSAND THREE HUNDRED THIRTY-TWO DOLLARS ($3332.00) IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

## DECREE OF FORFEITURE

This matter comes before the Court on the United States' Motion for Summary Judgment and Motion for Decree of Forfeiture pursuant to Rule 56 of the Federal Rules of Civil Procedure.

On December 13, 2006, a Verified Complaint for Forfeiture in rem was filed against the defendant property, three thousand three hundred thirty-two dollars ($3,332.00) in United States currency on behalf of the plaintiff United States of America.

The complaint alleges that the defendant currency was used or intended to be used in exchange for controlled substances or represents proceeds of trafficking in controlled substances in violation of 21 U.S.C. §§ 801 et seq. and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

The United States seeks a final decree of forfeiture against the defendant property, three thousand three hundred thirty-two dollars ($3,332.00) in United States currency.

It appearing that process was fully issued in this action and returned according to law:

That United States Marshals Service has retained custody of the defendant property since April 17, 2006;

That on February 9, 2007, February 16, 2007, and February 23, 2007, the United States published notice of the forfeiture in the Sioux City Journal, a newspaper having general circulation in the area that the illegal activities occurred and in which the defendant property was seized;

That on February 9, 2007, the United States Marshals Service personally served Patrick Gamet with a copy of the Verified Complaint for Forfeiture and the Warrant of Arrest in rem;

No claims/statements of interest and answers have been filed with the Court in this civil judicial forfeiture action against the defendant currency;

NOW, therefore, on motion of the Plaintiff, United States of America, for Summary Judgment and a Decree of Forfeiture, the Court finds that judgment should be entered in favor of the Plaintiff, the United States of America.

2

IT IS THEREFORE ORDERED:

1. That the following property is hereby forfeited to the United States of America and no right, title or interest in the property shall exist in any other party;

   **three thousand three hundred thirty-two dollars ($3,332.00) in United States currency seized from Patrick Gamet on or about April 6, 2006, in Sioux City, Iowa.**

2. That the United States Marshals Service shall dispose of the defendant property, three thousand three hundred thirty-two dollars ($3,332.00) in United States currency and shall deposit the property into the United States Marshals Asset Forfeiture fund to be disbursed according to the law.

   Ordered this 7th day of May, 2007.

   *Donald E. O'Brien*
   Donald E. O'Brien
   Senior Judge, U.S. District Court
   Northern District of Iowa

3

# Orders on Motions
5:06-cv-04102-DEO United States of America v. Three Thousand Three Hundred Thirty-Two Dollars ($3,332.00) in United States Currency

### U.S. District Court

### Northern District of Iowa

Notice of Electronic Filing

The following transaction was received from des, entered on 5/7/2007 at 3:11 PM CDT and filed on 5/7/2007

**Case Name:** United States of America v. Three Thousand Three Hundred Thirty-Two Dollars ($3,332.00) in United States Currency
**Case Number:** 5:06-cv-4102
**Filer:**
**Document Number:** 5

**Docket Text:**
DECREE OF FORFEITURE granting [4] Motion for Summary Judgment. Signed by Senior Judge Donald E O'Brien on 5/07/07. (certified copies to USA, USM) (des, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=5/7/2007] [FileNumber=455053-0]
[7e5b86c75fa4a7babc2f2c5b70d138decfafa1dd60238e42da4535042941a8f6d8062
374f67dc1f6c35691d360cb21dc8377c69b76ede531b6d827a4f429756d]]

**5:06-cv-4102 Notice will be electronically mailed to:**

Martin J McLaughlin    marty.mclaughlin@usdoj.gov, usaian.ecfciver@usdoj.gov

**5:06-cv-4102 Notice will be delivered by other means to:**